# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHIRLEY A. RIVERS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1608-Orl-31KRS**

**WALT DISNEY WORLD COMPANY, INC.,**

        **Defendant.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO DISMISS COUNT IV OF AMENDED COMPLAINT AND TO DISMISS OR STRIKE REQUEST FOR EMOTIONAL DISTRESS DAMAGES (Doc. No. 9)**
>
> **FILED:** **October 15, 2007**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for a response to this motion passed on November 1, and the Plaintiff has failed to file any opposition to it. The motion is therefore granted as unopposed. The Plaintiff's claim for emotional distress damages under Count II is **DISMISSED WITH PREJUDICE**, and the Plaintiff's claim for intentional infliction of emotional distress is **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 6, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party