**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHIRLEY A. RIVERS,**

                **Plaintiff,**

**-vs-**                                            Case No. 6:07-cv-1608-Orl-31KRS

**WALT DISNEY WORLD COMPANY, INC.,**

                **Defendant.**

_____

## ORDER

This matter comes before the Court on the Motion to Strike Jury Demand and Request for Compensatory and Punitive Damages under Count II (Doc. 25) filed by the Defendant. The Plaintiff has failed to file a response, and therefore the motion is due to be granted as unopposed. Local Rule 3.01(b). Moreover, the Court has reviewed the motion, and finds it well-taken. Count II of the Second Amended Complaint (Doc. 20) consists of a disparate impact claim under the ADA. ADA plaintiffs, like Title VII plaintiffs, have no right to compensatory or punitive damages, or a jury trial, in a disparate impact case. *See, e.g.*, *Pollard v. Wawa Food Market*, 366 F.Supp.2d 247 (E.D.Pa. 2005). It is therefore

**ORDERED** that the Motion to Strike Jury Demand and Request for Compensatory and Punitive Damages under Count II (Doc. 25) filed by the Defendant is **GRANTED**, and the jury

demand and request for compensatory and punitive damages in Count II of the Second Amended Complaint are **STRICKEN.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 11, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party